No. 3055.—EL PUEBLO, APLDO., *v.* FANTAUZZI, APLTE.—
C. D. San Juan.   Acometimiento y agresión grave.   Febrero
9, 1928.   Confirmada la sentencia por no haberse demostrado
que la corte inferior cometiera error al apreciar la prueba
contradictoria, único error imputado.

No. 2985.—EL PUEBLO, APLDO., *v.* ALAMO, APLTE.—C. D.
San Juan.   Mutilación.   Feb. 13, 1928.   No habiendo conven-
cido el apelante a esta corte de que el jurado cometiera error
al resolver el conflicto de la prueba contradictoria en la
forma en que lo hizo, *se confirmó la sentencia.*

No. 3428.—EL PUEBLO, APLDO., *v.* TORRES, APLTE.—C. D.
Ponce.   Alterar la paz pública.   Feb. 13, 1928.   Siendo la
prueba contradictoria y no apareciendo que al resolver el
conflicto la corte sentenciadora obrara con pasión, prejuicio
ni con el manifiesto error que le imputa el apelante, *se con-
firmó la sentencia.*

No. 3427.—EL PUEBLO, APLDO., *v.* TORRES, APLTE.—C. D.
Ponce.   Alterar la paz pública.   Feb. 14, 1928.   De acuerdo
con el Art. 320 del Código Penal no constituye error el oír
prueba, en un caso de confesión de culpabilidad, a los fines
de juzgar las circunstancias concurrentes para la imposición
de la pena; y demostrando un examen de los autos en este
caso que la corte hizo buen uso de su discreción al imponer
el máximun de la pena, *se confirmó la sentencia.*

No. 3259.—EL PUEBLO, APLDO., *v.* TORRES, APLTE.—C. D.
Arecibo.   Turbar la paz pública.   Feb. 23, 1928.   El único
error imputado en este caso es que la corte denegó una
moción de *non suit.*   El Tribunal estudió la prueba y ha-
biendo encontrado que es suficiente, *confirmó la sentencia.*

No. 3154.—EL PUEBLO, APLDO., *v.* RÍOS ET AL., APLTES.—
C. D. Aguadilla.   Infracción Ley Prohibición.   Feb. 23, 1928.
En lo pertinente, el tribunal dijo en este caso lo siguiente:

POR CUANTO examinada la prueba a la luz de la jurispru-
dencia, especialmente de la establecida por la Corte de Cir-